

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

## No. 02-21-00111-CR

———————————————

JOSE RUPERTO ALANIZ, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 30th District Court
Wichita County, Texas
Trial Court No. 55,523-A

Before Womack, Wallach, and Walker, JJ.
Memorandum Opinion by Justice Womack

# MEMORANDUM OPINION

Appellant Jose Ruperto Alaniz attempts to appeal the trial court's order denying his motion requesting the appointment of counsel to assist him in obtaining postconviction DNA testing. On September 27, 2021, we notified Alaniz of our concern that we lack jurisdiction over his appeal because the trial court has not entered any appealable orders. *See Gutierrez v. State*, 307 S.W.3d 318, 323 (Tex. Crim. App. 2010) (holding that the denial of a request for the appointment of counsel to assist in filing a motion for postconviction DNA testing is an interlocutory order that is not immediately appealable); *see also McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.) (per curiam) (holding that a court of appeals generally only has jurisdiction to consider an appeal by a criminal defendant from a judgment of conviction). We informed Alaniz that we could dismiss his appeal for want of jurisdiction unless he or any party desiring to continue the appeal filed a response by October 7, 2021, showing grounds for continuing the appeal. *See* Tex. R. App. P. 43.2(f), 44.3. Alaniz has not filed a response. Accordingly, we dismiss his appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f); *Gutierrez*, 307 S.W.3d at 323; *McKown*, 915 S.W.2d at 161.

/s/ Dana Womack
Dana Womack
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: October 28, 2021

2